IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

WILLIE TURNER,

    Plaintiff,

vs.                       CASE NO.: 4:05-CV-470-SPM

PEAVY & SON, INC.

    Defendant.
_____/

## ORDER DISMISSING CASE

Pursuant to the "Plaintiff's Notice of Settlement" (doc. 18) filed June 21, 2006 and Northern District of Florida Local Rule 16.2(D), it is hereby

**ORDERED AND ADJUDGED** that this case is *dismissed* and all pending motions are denied as moot. The Court retains jurisdiction for a period of sixty days during which time any party may move to reopen the case for good cause shown.

**DONE AND ORDERED** this <u>twenty-third</u> day of June, 2006.

                    *s/ Stephan P. Mickle*
                    Stephan P. Mickle
                    United States District Judge